BRUCE & COMPANY et al., Suing on Behalf of Themselves and All Other Voting Trust Certificate Holders Similarly Situated, v. J. CHEEVER COWDIN et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante*, p. 766.] Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH LESSER.— Motion for reargument denied. [See 228 App. Div. 690; 267 App. Div. 809.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the CITY OF NEW YORK, Relative to Acquiring Title to Real Property Situated between East 30th Street and East 49th Street, East River, Required .for Improvement of the Harbor. BURNS BROTHERS et al.; VANNECK REALTY CORPORATION et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante*, p. 131.] Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the CITY OF NEW YORK, Relative to Acquiring Title to Real Property Situated between East 30th and East 43rd Streets, East River, Required for Improvement of the Harbor. BURNS BROTHERS et al.; VANNECK REALTY CORPORATION et al.— Motion .for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante*, p. 131.] Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

ARTHUR H. HECHT v. LILLIAN YARNIS.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 771.] Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

## (October 13, 1944.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 25 FIFTH AVENUE CORPORATION, Appellant, and CORTLAND PROPERTIES, INC., Intervener, Appellant, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MORRIS PLAN INDUSTRIAL BANK OF NEW YORK, Appellant, v. FREDERICK EISENACHER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HERBERT A. WHITE, Appellant, v. SAMUEL McCRUDDEN & Co., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Estate of ALFRED M. LEOPOLD, Deceased. WALTER S. SPIEGELBERG, as Executor, et al., Respondents; JAMES F. EGAN, as Public Administrator of the Estate of HAROLD E. LEOPOLD, Deceased, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GREENWICH SAVINGS BANK, Respondent, v. VINMORE BUILDING CORPORATION et al., Defendants, and CHURCH OF THE STRANGERS, Defendant-Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

FRANK TOMASULO, Respondent, v. SEBASTIAN TOMASULO, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.